## AUGUSTUS B. WOODWARD
v.
## WHITMORE KNAGGS

### 1811

#### JOURNAL ENTRIES

1. Declaration filed; rule to plead; leave granted to take
   depositions . . . . . . . . . *Journal, infra,* *p. 393

#### PAPERS IN FILE
[None]

## HUGH McVAY, IN BEHALF OF WILLIAM McVAY, HIS GRANDSON
v.
## ABRAHAM CONNER

### 1811

#### JOURNAL ENTRIES

1. Judgment . . . . . . . . . . . *Journal, infra,* *p. 394

#### PAPERS IN FILE

1. Copy of J. P. record . . . . . . . . . . . . . .